(March 31, 1977)

■ ALLTRANSPORT, INCORPORATED, Respondent, v 17 BATTERY PLACE NORTH ASSOCIATES et al., Appellants.—Order, Supreme Court, New York County, entered on June 28, 1976, denying defendants' motion for leave to serve an amended answer, is unanimously affirmed, with $40 costs and disbursements to respondent. As amply demonstrated by Justice Ascione's memorandum, Special Term did not abuse its discretion in denying leave to amend in this case. Concur—Murphy, J. P., Silverman, Capozzoli, Lane and Markewich, JJ.

■ In the Matter of RIVER VIEW TOWERS, INC., Appellant, v LEE GOODWIN, as Acting Commissioner of the Division of Housing and Community Renewal of the State of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on July 28, 1975, unanimously affirmed for the reasons stated by Postel, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Capozzoli, Lane and Nunez, JJ.

■ In the Matter of the Arbitration between SANTEE PRINT WORKS, INC., Appellant, and IMPTEX INTERNATIONAL CORP., Respondent.—Judgment, Supreme Court, New York County, entered on December 16, 1976, unanimously affirmed on the opinion of Gellinoff, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Appeal from order, Supreme Court, New York County, entered on January 7, 1977, unanimously dismissed as nonappealable, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Silverman, Lane and Markewich, JJ.

■ RICHARD W. BARON PUBLISHING CO., INC., Respondent, v NORMAN KEIFETZ et al., Appellants.—Order, Appellate Term of Supreme Court, First Department, entered on May 26, 1976, unanimously affirmed on the opinion of Alexander, J., in Civil Court. Plaintiff-respondent shall recover of defendants-appellants $60 costs and disbursements of this appeal. Concur—Murphy, J. P., Silverman, Capozzoli, Lane and Markewich, JJ.

■ In the Matter of the Arbitration between SOCIAL SERVICE EMPLOYEES UNION, LOCAL 371, DISTRICT COUNCIL 37, AFSCME, AFL-CIO, Respondent, and CITY OF NEW YORK, Appellant.—Judgment, Supreme Court, New York County, entered on August 15, 1976, unanimously affirmed for the reasons stated by Schwartz, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Birns and Markewich, JJ.

■ MARTIN G. ROSANSKY, Appellant, v LADENBURG, THALMANN & Co., INC., Respondent.—Judgment, Supreme Court, New York County, entered on July 27, 1976, unanimously affirmed on the opinion of Baer, J., at Special Term. Respondent-respondent shall recover of petitioner-appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Birns and Markewich, JJ.